UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.: 3:17-CR-025 |
| | ) |
| LEE ANN WINSTEAD | ) |

## MEMORANDUM AND ORDER

By judgment dated August 22, 2017, this Court sentence the defendant to a 120-month term of imprisonment to be followed by five years of supervised release. That prison term was 48 months below the bottom of the defendant's advisory guideline range and reflected the Court's granting of both the United States' motion for downward departure pursuant to United States Sentencing Guideline § 5K1.1 and the defendant's motion for downward variance.

Now before the Court is the May 2, 2019 motion of the United States, pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure, for further reduction of sentence due to the defendant's continued substantial assistance [doc. 437]. The defense has not filed a response.

The Court has carefully reviewed the government's motion, taking into account all of the factors set forth in U.S.S.G. § 5K1.1(a). Most particularly, the Court has considered the significance and usefulness of the defendant's assistance, the nature and extent of that assistance, the truthfulness, completeness, and reliability of the assistance, and the government's evaluation of the assistance rendered. Having considered all those factors,

the Court concludes that the government's recommendation of a further 35% reduction is appropriate and is consistent with the substantial assistance reductions awarded by this Court in similar circumstances.

For these reasons, the government's motion [doc. 437] is **GRANTED**. The defendant's term of imprisonment is **REDUCED** to **78 months**.

Except as provided above, all provisions of the judgment dated August 22, 2017, shall remain in effect.

Lastly, the defendant's *pro se* "Motion to Request Government Motion Under Rule 35(b)" [doc. 429] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

2